NEIL A. COOK, Esq. (SBN: 103101)
LAW OFFICES OF NEIL A. COOK
The Camron-Stanford House
1418 Lakeside Drive
Oakland, CA 94612-4307
(510) 268-8261

Attorney for Plaintiff
KEVIN ROGERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROGERS, | CASE NO. 09-CV-01864 LKK EFB |
| Plaintiffs, | STIPULATION/ORDER RE DISMISSAL |
| vs. | |
| CITY OF FAIRFIELD; ANDY'S PAWN SHOP; and DOES 1 to 100 | Honorable Lawrence K. Karlton |
| Defendants. / | |

It is hereby stipulated, by and between the parties hereto:

1. Defendant City of Fairfield's pending Motion to Dismiss Plaintiff's First Amended Complaint calendared for hearing on August 17, 2009 at 10:00 a.m. is unopposed;

2. Named co-defendant Andy's Pawn Shop has not made an appearance in this action or in the State Court action;

3. Plaintiff Kevin Rogers and defendant City of Fairfield agree to a voluntary entry of dismissal, with prejudice, as to defendant City of Fairfield, its employees, agents and officers, only, with each party to bear its own costs/fees;

4. Plaintiff Kevin Rogers and defendant City of Fairfield further agree jurisdiction for the balance of this action (as to

ORIGINAL

1  defendant Andy's Pawn Shop and Does 1-100) is proper in the
2  Superior Court of California in and for the County of Solano.
3  Dated: August 10, 2009     LAW OFFICES OF NEIL A. COOK

               By: _____
                   Neil A. Cook
                   Attorney for Plaintiff
                   Kevin Rogers

Dated:  8/11/09            Meyers, Nave, Riback, Silver & Wilson

               By: _____
                   Kevin Gilbert
                   Attorneys for Defendant
                   City of Fairfield

## ORDER

Good cause appearing therefore, and counsel for defendant the City of Fairfield and for plaintiff Kevin Rogers agreeing thereto, it is hereby ordered:

1. This action is voluntarily dismissed with prejudice as to defendant City of Fairfield, its employees, agents and officers, only, with each party to bear its own costs/fees;

2. Jurisdiction for this action as to remaining defendants and issues lies with the Superior Court of California in and for the County of Solano.

Dated: August 11, 2009      _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

- 2 -

ORIGINAL

**PROOF OF SERVICE**                                                              FRCP RULE 5(b)

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On August 11, 2009, I served the within:

- **STIPULATION/ORDER RE DISMISSAL**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| Neil A. Cook, Esq.<br>Law Offices of Neil A. Cook<br>1418 Lakeside Drive<br>Oakland, CA 94612 | Attorney for Plaintiff<br>KEVIN ROGERS<br>Telephone: (510) 268-8261 |
|---|---|

| __X__ | **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration. |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on August 11, 2009.

_Elena D. LaBella_

---

Def C/Fairfield's Proof of Service [09-CV-01864 LKK EFB]